UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAGALITA PIERRE LOUIS,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, *et al.*,<br><br>Respondents. | No. 1:26-cv-13914-WGY |

**RESPONDENTS' STATUS REPORT**

Respondents, by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, submit this status report regarding Petitioner's bond hearing. *See* ECF No. 10. On September 17, 2026, the Immigration Judge issued a decision regarding the previously conducted bond hearing under 8 U.S.C. § 1226(a) and denied bond based on a finding that Petitioner poses a danger to the community and that there are no alternate conditions which would ensure the safety of the community. Exhibit 1, Bond Order. Additionally, Respondents filed their motion to, and notice of, transfer Petitioner on September 10, 2026, and, after the 72 hours lapsed, ICE transferred her to Strafford County Department of Corrections.[1] *See* ECF No. 9. Respondents respectfully request this Court dismiss this action as the petition has been granted and the relief ordered by this Court provided.

---

[1] It is Respondents' understanding that this Court's Order requiring a bond hearing did not prohibit Petitioner's transfer to Strafford County Department of Corrections, nor did the Court issue a subsequent order prohibiting her transfer there.

Dated: September 21, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: <u>*/s/ Erica McMahon*</u>
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271
Email: Erica.McMahon@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Erica McMahon, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: September 21, 2026

By: <u>*/s/ Erica McMahon*</u>
Special Assistant United States Attorney